## BRIGGS v. LOUISIANA STATE BAR ASSOCIATION, COMMITTEE ON BAR ADMISSIONS.

No. 1070, Misc. Decided June 10, 1963.

Appellant *pro se.*

*Felicien Y. Lozes* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## BOLLETTIERI v. NEW YORK.

No. 1378, Misc. Decided June 10, 1963.

Appellant *pro se.*

*Louis J. Lefkowitz,* Attorney General of New York, and *Robert E. Fischer* and *Maxwell B. Spoont,* Special Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted.